IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

---

| | |
|---|---|
| Courtroom Deputy:  Sandra Hartmann | Date:  September 5, 2014 |
| Court Reporter:    Darlene Martinez | Probation: Gary Burney |
| | Interpreter:  Melinda Gonzalez-Hibner |

---

Criminal Action No. 14-cr-00125-WJM         *Counsel:*

UNITED STATES OF AMERICA,                  Geoffrey Rieman

    Plaintiff,

v.

ISIDRO NAVA-GARCIA                         Richard Williamson

    Defendant.

---

## COURTROOM MINUTES
---

HEARING - SENTENCING

10:00 a.m.     Court in Session

Appearances of counsel.

Defendant is present in custody.

Oath administered to the defendant.

> Defendant plead guilty to Count 1 of the Superseding Indictment on June 24, 2014

Court's comments.

Sentencing Statement by Mr. Rieman.

Sentencing Statement by Mr. Williamson.

Defendant waives Allocution.

**ORDERED:** **Defendant's Request for a Downward Departure or Variant Sentence and Unopposed Motion to File Out of Time [25] is granted in part and denied in part.**

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Isidro Nava-Garcia, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 7 months.**

          **In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

          **The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm, or illegally possesses a controlled substance that he may be subject to further prosecution.**

**ORDERED:** **The Court waives the mandatory drug testing provisions of § 3563(a)(5) because it is likely that the defendant will be removed from this country.**

          **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **The defendant shall pay the $100.00 special assessment fee that is due payable immediately. The payment of any fine apart from the special assessment is waived.**

The Court advises the defendant of his right to appeal the Court's sentencing decision to the Tenth Circuit Court of Appeals by filing a written notice of appeal within 14 days from the date of entry of judgment.

**ORDERED:** **Defendant is remanded to the custody of the United States Marshal.**

10:33 a.m.    Court in Recess
                Hearing concluded
                Time:00:33